FILED'09 JUN 19 16:19 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**TERESITA CURTIS,**
    Plaintiff,

CV 08-00926-BR

v.

**ORDER**

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**
    Defendant.

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $4978.08 are awarded to Plaintiff and shall be paid directly to Plaintiff's Attorney, Robyn M. Rebers, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses to be paid herein.

DATED this 19th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Robyn M. Rebers, OSB # 03430
Attorney for Plaintiff